JACOB L. HAFTER, ESQ.
Nevada State Bar No. 9303
MICHAEL K. NAETHE, ESQ.
Nevada State Bar No. 11222
LAW OFFICE OF JACOB L. HAFTER & ASSOCIATES
7201 W. Lake Mead Blvd., Suite 210
Las Vegas, Nevada 89128
Tel: (702) 405-6700
Fax: (702) 685-4184

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ALAN KARTMAN, an individual;<br><br>　　　　Plaintiff,<br><br>vs.<br><br>OCWEN LOAN SERVICING, LLC.; MTC FINANCIAL, INC., dba TRUSTEE CORPS; DOE Defendants I through X, inclusive; and ROE CORPORATIONS A through Z, inclusive,<br><br>　　　　Defendants. | Case No.:   2:09-cv-02404-RCJ-PAL<br><br>**PROPOSED DISCOVERY PLAN**<br><br>**SPECIAL SCHEDULING REVIEW REQUESTED** |

COMES NOW, Plaintiff ALAN KARTMAN, by and through his attorneys of the Law Offices of Jacob Hafter & Associates, and Defendants Ocwen Loan Servicing, LLC and MTC Financial, Inc., by and through its attorney MALCOLM CISNEROS and hereby submit the proposed discovery schedule for special scheduling review.

## PROPOSED DISCOVERY SCHEDULE

1. <u>Estimated Time Required for Discovery</u>: Discovery will take 180 days (or the next business day thereafter) from September 13, 2010, the date of the Rule 26(f) Conference. The discovery deadline shall be **Friday, March 11, 2011.**

2. <u>Amendment of Pleadings and Addition of Parties</u>: Unless otherwise ordered by the Court, the date for filing motions to amend the pleadings or to add parties shall not be later

1

than ninety (90) days prior to the discovery cutoff date, which in this matter is no later than **Wednesday, December 13, 2010.**

3. <u>Expert Witnesses and Rebuttal Witnesses</u>: The disclosure of experts and expert reports shall occur on or before **Tuesday, January 11, 2011,** which is not less than sixty (60) days before the discovery cut off; and the disclosure of rebuttal experts and their reports shall occur on or before **Thursday, February 10, 2011,** which is thirty (30) days before the discovery cutoff date.

4. <u>Interim Status Report</u>: On or before **Tuesday, January 11, 2011,** the parties shall file an Interim Status Report as required by LR 26 3, stating the time required for trial, three alternative dates of trial, and whether or not trial will be proceeding or affected by substantive motions.

5. <u>Dispositive Motions</u>: The parties shall have until **Monday, April 11, 2011** to file dispositive motions.  This is thirty (30) days after the discovery cutoff date and does not exceed the outside limit of thirty (30) days following the discovery cutoff date that LR 26 1(e)(4) presumptively sets for filing dispositive motions.

6. <u>Pre Trial Order</u>: The Pre Trial Order shall be filed by **Wednesday, May 11, 2011,** which is not more than thirty (30) days after the date set for filing dispositive motions in the case.  This deadline is suspended if dispositive motions are timely filed and, in such case, the deadline for filing the Pre Trial Order shall by thirty (30) days after decision on said dispositive motions, or by further order of the Court. The disclosures required by FRCP Rules 26(a)(3) shall be made in the Joint Pre Trial Order.

7. <u>Stipulations Regarding Limitations or Conditions or Additional Discovery</u>: None.

8. <u>Extensions of Modifications of the Discovery Plan and Scheduling Order</u>: Applications to extend any date set by the Discovery Plan and Scheduling Order shall be received by the Court on or within twenty (20) days of the discovery deadline or within twenty (20) days before the expiration of any extension thereof that may have been approved by the Court.

The motion or stipulation shall include:

1. a. A statement specifying the discovery completed to date;
2. b. A specific description of the discovery which remains to be completed;
3. c. The reasons why remaining discovery was not completed within the time limits of the existing discovery deadline; and
4. d. A proposed schedule for the completion of remaining discovery.
5. e. <u>Settlement</u>: The undersigned attorneys affirm that they have discussed possible settlement of this action.

Dated this 15th day of September, 2010.

                          LAW OFFICE OF JACOB HAFTER, P.C.
                          By:     /s/ Jacob L. Hafter
                              JACOB L. HAFTER, ESQ.
                              Nevada State Bar No. 9303
                              MICHAEL NAETHE, ESQ.
                              Nevada State Bar No. 11222
                              7201 W. Lake Mead Boulevard
                              Suite 210
                              Las Vegas, Nevada 89128
                              Attorneys for Plaintiff

Dated this 15th day of September, 2010     MALCOLM CISNEROS
                          By:     /s/ Kevin Hahn
                              KEVIN HAHN, ESQ.
                              2112 Business Center Drive
                              2nd Floor
                              Irvine, California 92612
                              608 South 8th Street
                              Las Vegas, Nevada 89101
                              Attorneys for Ocwen Loan Servicing,
                              LLC and MTC Financial, Inc.

## **ORDER**

IT IS SO ORDERED

Dated this _____ day of _____, 2010

                              _____
                              JUDGE

