# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ALAN KARTMAN, | ) |
| Plaintiff, | ) Case No. 2:09-cv-02404-GMN-PAL |
| vs. | ) **ORDER** |
| OCWEN LOAN SERVICING, LLC, *et al.*, | ) |
| Defendants. | ) |

The parties filed a Stipulation (Dkt. #70) requesting that the court vacate the settlement conference set for June 3, 2011, because they had reached a settlement. The court entered an Order (Dkt. #69) vacating the settlement conference. The court gave the parties until June 16, 2011, to file a Stipulation to Dismiss, or if a stipulation to dismiss was not filed, a Joint Status Report. The parties filed a Joint Status Report (Dkt. #71) indicating they had reached a settlement in principle, and a proposed settlement agreement has been circulated and is in the process of being revised. The parties expect the matter to be fully settled and resolved within thirty days, and that a stipulation and proposed order to dismiss will be filed within that time.

**IT IS ORDERED** the parties shall have until **July 17, 2011**, in which to submit a stipulation and proposed order to dismiss.

Dated this 21st day of June, 2011.

Peggy A. Leen
United States Magistrate Judge